IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ali Al Bazooni,<br><br>    Petitioner,<br><br>vs.<br><br>Katrina Kane,<br><br>    Respondent. | No. CV08-214-PHX-MHM<br><br>**ORDER** |

Petitioner, Ali Al Bazooni, filed his Petition for Writ of Habeas Corpus on January 31, 2008. On April 21, 2008, Respondent filed a Response and Suggestion of Mootness advising the Court that Petitioner was released under an Order of Supervision on April 16, 2007.

The Magistrate Judge filed his Report and Recommendation on May 13, 2008 recommending that Petitioner's Petition for Writ of Habeas Corpus be dismissed without prejudice.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed. The Court notes that the Petitioner's copy of the Report and Recommendation has been

1  returned by the post-office with the notation "Not in Custody" and further supports that the
2  Petitioner's request is now moot.

3        The Court finds itself in agreement with the Report and Recommendation of the
4  Magistrate Judge.

5        IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
6  as the order of this Court [9].

7        IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed
8  without prejudice [1].

9        IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

10  DATED this 4th day of June, 2008.

_____
Mary H. Murguia
United States District Judge